THE HONORABLE RONALD B. LEIGHTON



07-CV-05339-ORD

FILED _____ LODGED
_____ RECEIVED

OCT 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRE DANIELS-HALL and DAVID HAMBLEN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL EDUCATION ASSOCIATION, et al.,<br><br>Defendants. | No. C07-5339 RBL<br><br>STIPULATION AND ORDER EXTENDING TIME FOR INITIAL DISCLOSURES AND BRIEFING SCHEDULE |

The parties stipulate to and request the Court to revise the Minute Order of July 16, 2007 and the Order of September 27, 2007 and enter the following schedule:

1. The deadline for Initial Disclosures will be November 9, 2007, following the parties' Fed. R. Civ. P. 26(f) conference, so that the parties have an opportunity to meet and confer in advance of any initial disclosure or discovery obligations. This is the second extension the parties have requested. The request is made without prejudice to any motion by defendants for a protective order or stay of discovery until after resolution of dispositive motions.

2. The briefing schedule for motions to dismiss shall be revised as follows: The pending motions shall be renoted for January 28, 2008. Plaintiffs shall respond by December 21, 2007, to defendants' motions. Defendants shall reply by January 28, 2008. This extension of the

STIPULATION AND ORDER EXTENDING
TIME FOR INITIAL DISCLOSURES
(NO. C07-5339 RBL) – 1
65920-0001/LEGAL13651324.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

briefing schedule shall not be considered an agreement to conduct discovery before the motions are resolved.

DATED: October 17, 2007.

| | |
|---|---|
| s/ David J. Burman, WSBA No. 10611 | s/ Karin B. Swope, WSBA No. 24015 |
| Shylah R. Alfonso, WSBA No. 33138 | Lynn Lincoln Sarko, WSBA No. 16569 |
| DBurman@perkinscoie.com | Karin B. Swope, WSBA No. 24015 |
| SAlfonso@perkinscoie.com | lsarko@kellerrohrback.com |
| **Perkins Coie LLP** | dloeser@kellerrohrback.com |
| 1201 Third Avenue, Suite 4800 | kswope@kellerrohrback.com |
| Seattle, WA 98101-3099 | **Keller Rohrback** |
| Telephone: 206.359.8000 | 1201 Third Avenue, Suite 3200 |
| Facsimile: 206.359.9000 | Seattle, WA 98101-3052 |
| Attorneys for Defendant | Telephone: 206.623.1900 |
| Nationwide Life Insurance Company | Facsimile: 206.623-3384 |
| On behalf of all defendants | Attorneys for Plaintiffs |

## ORDER

Based on the above stipulation, the following deadlines are established:

1. The deadline for Initial Disclosures will be November 9, 2007.

2. The pending motions to dismiss shall be renoted for January 28, 2008. Plaintiffs shall respond by December 21, 2007. Defendants shall reply by January 28, 2008.

DATED: this 18th day of October, 2007.

THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
TIME FOR INITIAL DISCLOSURES
(NO. C07-5339 RBL) – 2
65920-0001/LEGAL13651324.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*s/ David J. Burman*
David J. Burman, WSBA No. 10611
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
DBurman@perkinscoie.com

Attorneys for Defendant
Nationwide Life Insurance Company
On behalf of all defendants


*s/ Karin B. Swope*
Lynn Lincoln Sarko, WSBA No. 16569
Derek W. Loeser, WSBA No. 24274
Karin B. Swope, WSBA No. 24015
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
kswope@kellerrohrback.com
**Keller Rohrback**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384

Attorneys for Plaintiffs

STIPULATION AND ORDER EXTENDING
TIME FOR INITIAL DISCLOSURES
(NO. C07-5339 RBL) – 3
65920-0001/LEGAL13651324.1