THE HONORABLE RONALD B. LEIGHTON

07-CV-05339-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 14 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRE DANIELS-HALL and DAVID HAMBLEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL EDUCATION ASSOCIATION, et al.,<br><br>　　　　　　　　　　Defendants. | NO. C 07-5339 RBL<br><br>STIPULATION AND ORDER ALLOWING WITHDRAWAL WITHOUT PREJUDICE OF THE MOTION OF SECURITY BENEFIT CORP. AND SECURITY BENEFIT GROUP, INC. TO DISMISS ON GROUNDS OTHER THAN SUBJECT MATTER JURISDICTION |

　　　　In view of the agreement of all parties in the Joint Status Report and Discovery Plan to defer discovery until disposition of the various motions seeking dismissal on subject matter jurisdiction grounds, and because Plaintiffs believe that they need discovery to respond to certain issues raised in the motion of Defendants Security Benefit Corp. ("SBC") and Security Benefit Group, Inc. ("SBG") to dismiss the Class Action Complaint, Defendants SBC and SBG are willing to withdraw temporarily their motion to dismiss to the extent it relies on grounds other than subject matter jurisdiction, in order to eliminate the need for any discovery

STIP. AND ORDER ALLOWING WITHDRAWAL - 1 of 6
(07-5339 RBL)
WO 819337.1

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

at this time, though in withdrawing the motion SBC and SBG do not concede at this point that such discovery is needed. Accordingly, Plaintiffs and Defendants SBC an SBG hereby stipulate to and request the Court to enter an order as to the following manner of addressing the pending motion of SBC and SBG to dismiss:

1. The motion to dismiss of Defendants SBC and SBG, to the extent it seeks dismissal on grounds other than a challenge to the Court's subject matter jurisdiction over the ERISA claims in the Class Action Complaint, shall be deemed withdrawn without prejudice, with Defendants SBC and SBG retaining the right to re-file the motion to dismiss the Class Action Complaint asserting such other grounds no later than ten (10) days after the Court's disposition of the pending subject matter jurisdiction motions, should those motions be denied.

2. Defendants SBC and SBG reserve and retain the right to re-file their motion asserting grounds other than subject matter jurisdiction for dismissal prior to the Court's disposition of the subject matter jurisdiction motions, should discovery otherwise commence prior to disposition of those motions.

3. The portion of the motion of Defendants SBC and SBG that seeks dismissal on the ground that there is no subject matter jurisdiction for Plaintiffs' ERISA claims, incorporating by reference the motion of Defendants Security Benefit Life Insurance Company ("SBL") and Security Distributors, Inc. ("SDI") to dismiss on that ground, is not withdrawn, and any decision by the Court with respect to the issue of subject matter jurisdiction shall apply also to Defendants SBC and SBG.

DATED: November 9, 2007

STIP. AND ORDER ALLOWING WITHDRAWAL - 2 of 6
(07-5339 RBL)
WO 819337.1

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP | KELLER ROHRBACK |
| By s/Andrea H. McNeely<br>   J. Richard Creatura, WSBA No. 09185<br>   rcreatura@gth-law.com<br>   Andrea H. McNeely, WSBA No. 36156<br>   amcneely@gth-law.com<br><br>   Nicholas T. Christakos<br>   (admitted *pro hac vice*)<br>   Steuart H. Thomsen<br>   (admitted *pro hac vice*)<br>   W. Mark Smith<br>   Phillip E. Stano<br>   SUTHERLAND ASBILL & BRENNAN LLP<br>   1275 Pennsylvania Avenue, N.W.<br>   Washington, DC 20004-2415<br><br>ATTORNEYS FOR DEFENDANTS<br>SECURITY BENEFIT CORP. AND<br>SECURITY BENEFIT GROUP, INC. | By: s/Karin B. Swope<br>   Karin B. Swope, WSBA No. 24015<br>   kswope@kellerrohrback.com<br>   Lynn Lincoln Sarko, WSBA No. 16569<br>   lsarko@kellerrohrback.com<br>   1201 Third Avenue, Suite 3200<br>   Seattle, WA 98101-3052<br><br>ATTORNEYS FOR PLAINTIFFS<br>JERRE DANIELS-HALL AND<br>DAVID HAMBLEN, ET AL. |

STIP. AND ORDER ALLOWING WITHDRAWAL - 3 of 6
(07-5339 RBL)
WO 819337.1

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

ORDER

Based on the above stipulation, the Court orders that:

1. The motion to dismiss of Defendants SBC and SBG, to the extent it seeks dismissal on grounds other than a challenge to this Court's subject matter jurisdiction, be and hereby is deemed withdrawn without prejudice, with Defendants SBC and SBG retaining the right to refile their motion asserting such other grounds no later than ten (10) days after the Court's disposition of the pending subject matter jurisdiction motions, should those motions be denied.

2. Defendants SBC and SBG may refile their motion asserting grounds other than subject matter jurisdiction for dismissal prior to the Court's disposition of the subject matter jurisdiction motions, should discovery otherwise commence prior to disposition of those motions.

3. To the extent Defendants SBC and SBG seek dismissal on the ground that there is no subject matter jurisdiction, incorporating by reference the motion of Defendants SBL an SDI to dismiss on that ground, their motion is not deemed withdrawn, and any decision by this Court with respect to the issue of subject matter jurisdiction shall also apply to Defendants SBC and SBG.

DATED: This 14th of November, 2007.

_____
The Honorable Ronald B. Leighton
United States District Judge

STIP. AND ORDER ALLOWING WITHDRAWAL - 4 of 6
(07-5339 RBL)
WO 819337.1

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Presented By:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By s/Andrea H. McNeely
 J. Richard Creatura, WSBA No. 09185
 rcreatura@gth-law.com
 Andrea H. McNeely, WSBA No. 36156
 amcneely@gth-law.com

 Nicholas T. Christakos
 (admitted *pro hac vice*)
 Steuart H. Thomsen
 (admitted *pro hac vice*)
 W. Mark Smith
 Phillip E. Stano
 SUTHERLAND ASBILL & BRENNAN LLP
 1275 Pennsylvania Avenue, N.W.
 Washington, DC 20004-2415

ATTORNEYS FOR DEFENDANTS SECURITY
BENEFIT CORP. AND SECURITY BENEFIT GROUP,
INC.

KELLER ROHRBACK

By: s/Karin B. Swope
 Karin B. Swope, WSBA No. 24015
 kswope@kellerrohrback.com
 Lynn Lincoln Sarko, WSBA No. 16569
 lsarko@kellerrohrback.com
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101-3052

ATTORNEYS FOR PLAINTIFFS JERRE DANIELS-HALL
AND DAVID HAMBLEN, ET AL.

STIP. AND ORDER ALLOWING WITHDRAWAL - 5 of 6
(07-5339 RBL)
WO 819337.1

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565